UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON PURISIMA,

                Plaintiff,

-against-

NEW JERSEY TRANSIT CORP, et al.,

                Defendants.

23-CV-8226 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On May 29, 2013, Plaintiff was barred from filing any new action *in forma pauperis* ("IFP") without first obtaining from the Court leave to file. *See Purisima v. Comm'r of Soc. Sec.*, ECF 1:13-CV-1068, 7 (LAP) (S.D.N.Y. May 29, 2013). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the Court. This action is therefore dismissed without prejudice for Plaintiff's failure to comply with the May 29, 2013 order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   September 22, 2023
          New York, New York

                            /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                         Chief United States District Judge