UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTON PURISIMA,<br><br>                          Plaintiff,<br><br>        -against-<br><br>NEW JERSEY TRANSIT CORP, et al.,<br><br>                          Defendants. | 23-CV-8226 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 22, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 22, 2023
         New York, New York

                                                     /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                 Chief United States District Judge